ORIGINAL

lisahensoninf3

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
DEC -1 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 06-00028 |
| Plaintiff, | **INFORMATION** |
| vs. | **RECKLESS DRIVING** [16 G.C.A. § 9107 and 18 U.S.C. § 7(3) & (13)] |
| LISA HENSON, | |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

On or about August 17, 2006, in the District of Guam, the defendant, LISA HENSON, at U.S. Naval Base Guam, on land acquired for the use of the United States and under the exclusive jurisdiction thereof, did drive her motor vehicle upon a highway in willful or wanton disregard for the safety of persons or property thereon, in violation of 16 Guam Code Annotated, Section 9107, and Title 18, United States Code, Sections 7(3) and 13.

DATED this 30th day of November, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RYAN M. ANDERSON
Special Assistant U.S. Attorney