# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **06-00028**
Same Defendant ___X___   New Defendant _____
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__   Matter to be sealed: _____ Yes __X__ No

Defendant Name _____LISA HENSON_____

Alias Name _____

Address _____

_____Santa Rita, Guam_____

Birthdate xx/xx/1975   SS# __Xxx-xx-6679__   Sex __F__   Race __C__   Nationality _Caucasion_

**U.S. Attorney Information:**

AUSA Ryan Anderson

Interpreter: __X__ No ___Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: ___1___     _____ Petty __x__ Misdemeanor _____ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
| --- | --- | --- |
| 16 GCA 9107 | | |
| Set 1 18 USC 7(3) & 13 | Reckless Driving | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: __NOV 3 0 2006__   Signature of AUSA: _____[signature]_____

**RECEIVED DEC - 1 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**