# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: MJ-06-00028                    DATE: December 07, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Reporter: None Present |
| Courtroom Deputy: Leilani Toves Hernandez | Electronically Recorded: 1:49:38 - 2:07:48 |
| CSO: B. Pereda | |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Lisa Henson | Attorney: Thomas Fisher |
| ☑ Present ☐ Custody ☐ Bond ☑ P.R. | ☑ Present ☑ Retained ☐ FPD ☐ CJA |
| U.S. Attorney: Ryan Anderson | U.S. Agent: |
| U.S. Probation: Carleen Borja | U.S. Marshal: None Present |
| Interpreter: | Language: |

**PROCEEDINGS: Initial Appearance re Information and Plea**

- Defendant sworn and examined.
- Pen and ink change in the plea agreement. Parties had no objection to the change.
- Plea entered: Guilty
- Plea: Accepted.
- Sentencing set for: March 27, 2007 at 10:00 a.m.
- Presentence Report due to the parties: January 30, 2007
- Presentence Report due to the Court: March 9, 2007
- Defense requested for expedited sentencing. The Court stated that the date set forth for sentencing will remain. U.S. Probation Officer Carleen Borja stated that she is aware of the request and they will do what they can to expedite the presentence report. Upon completion of the report, counsel was advised to move for an earlier hearing date.
- Defendant released on the same conditions previously imposed in CR-06-00047.

NOTES: