ORIGINAL

1  lisahensonpsr

2  LEONARDO M. RAPADAS
   United States Attorney
3  RYAN M. ANDERSON
   Special Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
5  Hagåtña, Guam 96910
   TEL: (671) 472-7332
6  FAX: (671) 472-7334

7  Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
FEB -6 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 06-00028 |
|---|---|
| Plaintiff. | ) **GOVERNMENT'S ADOPTION** |
| vs. | ) **OF PRESENTENCE REPORT** |
| LISA HENSON, | ) |
| Defendant. | ) |

Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002, the United States hereby adopts the findings of the Presentence Report for the above defendant, however, the government does submit the following objection:

Title16, Guam Code Annotated, Section 9107 is a Petty Misdemeanor as defined in Title 9, Guam Code Annotated, Section 80.34, which is the functional equivalent of a Class B Misdemeanor under the Federal statutory regime.

//
//
//
//

46. The defendant will make check payable to U.S. Treasury and mail to:

> DFAS-CL Federal Building
> C/O Paul Petras
> 1240 East 9th Street
> 19th Floor, Room 1933
> Cleveland, OH 44199-2055

Respectfully submitted this 5 day of February 2007.

                                              LEONARDO M. RAPADAS
                                              United States Attorney
                                              Districts of Guam and NMI

By: _____
      RYAN M. ANDERSON
      Special Assistant U.S. Attorney