# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: MJ-06-00028　　　　　　　　　　DATE: March 27, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore　　Electronically Recorded: 10:00:08 - 10:36:10
CSO: B. Benavente

**APPEARANCES:**

Defendant: Lisa Henson　　　　　　　　Attorney: Thomas J. Fisher
☑ Present ☐ Custody ☐ Bond ☑ P.R.　　☑ Present ☑ Retained ☐ FPD ☐ CJA
U.S. Attorney: Ryan Anderson　　　　　U.S. Agent:
U.S. Probation: Maria Cruz　　　　　　U.S. Marshal: V. Roman
Interpreter:　　　　　　　　　　　　　Language:

**PROCEEDINGS: Sentencing**
- Defendant sentenced to probation for a term of <u>6 months</u>, with conditions (refer to Judgment for conditions of probation).
- No fine imposed.
- Defendant ordered to pay restitution in the amount of $500.00
- Defendant was ordered to pay a special assessment fee of $10.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.

NOTES: The Court informed defendant that if all conditions imposed are satisfied, she may file a motion for early termination of probation.