**SHIMIZU CANTO & FISHER**
Suite 101 De La Corte Building
167 East Marine Corps Drive
Hagåtña, Guam 96910
Telephone: (671) 472-1131
Facsimile: (671) 472-2886

**Attorney for Defendant: Lisa E. Henson**

**FILED**
DISTRICT COURT OF GUAM
JUN 22 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MAGISTRATE CASE NO. 06-00028 |
| vs. | ) | **STIPULATED MOTION TO CLOSE CASE** |
| LISA E. HENSON, | ) | |
| Defendant. | ) | |

COMES NOW, Defendant LISA E. HENSON by and through her counsel, SHIMIZU CANTO & FISHER, by and through Thomas J. Fisher, Esq., and the UNITED STATES OF AMERICA and by counsel, Ryan M. Anderson, Special Assistant U.S. Attorney, to stipulate and move this court for an early closure of this case.

Defendant and United States so move because all conditions of probation and conditions of the imposed sentence have been completed.

DATED: Thursday, June 21, 2007

//

//

//

**ORIGINAL**

1  //
2  //
3  //
4  //
5
6
7  Approved as to form and content,                SHIMIZU CANTO & FISHER
8  _____          By: _____
9  RYAN M. ANDERSON                                 THOMAS J. FISHER, ESQ.
   Special Assistant U.S. Attorney                  Attorney for Defendant
10
11
12
13 Approved as to form and content,
14
15 _____
   MARIA C. CRUZ
16 U.S. Probation Officer
17
...
23 TJF/esq.
   MAGISTRATE CASE NO. 06-00028/LHenson

---

UNITED STATES OF AMERICA vs. LISA E. HENSON
**STIPULATED MOTION TO CLOSE CASE**
MAGISTRATE CASE NO. 06-00028