**SHIMIZU CANTO & FISHER**
Suite 101 De La Corte Building
167 East Marine Corps Drive
Hagåtña, Guam 96910
Telephone: (671) 472-1131
Facsimile: (671) 472-2886

**Attorney for Defendant: Lisa E. Henson**

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MAGISTRATE CASE NO. 06-00028 |
| Plaintiff | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| LISA E. HENSON, | ) | |
| Defendant | ) | |

Whereas Defendant LISA E. HENSON, completed all conditions of probation, and

Whereas the United States and the United States Probation Office supports the early termination of her term of probation;

Accordingly, the Court hereby orders that the Defendant be discharged from probation and that the proceedings in this case be terminated.

Furthermore, the United States is ordered to return to the Defendant all items previously confiscated that are not contraband.

DATED: June 28, 2007

                                             **/s/ Joaquin V.E. Manibusan, Jr.**
                                               **U.S. Magistrate Judge**
                                               **Dated: Jun 28, 2007**

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
UNITED STATES OF AMERICA vs. LISA E. HENSON
**ORDER**
MAGISTRATE CASE NO. 06-00028

PAGE 1

Case 1:06-mj-00028    Document 14    Filed 06/28/2007    Page 1 of 1